**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** August 25, 2023 | **Time:** 2:37 – 2:43<br>6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-00368-SI | **Case Name:** Sellers v. Bleacher Report, Inc. | |

**Attorney for Plaintiff:** Scott Edelsberg
**Attorney for Defendant:** David Singh, Blake Steinberg

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Initial Case Management Conference – Held via Zoom Webinar.

## SUMMARY

The Court discussed scheduling in the case. A Pretrial Scheduling Order to be issued.

CASE CONTINUED: 12/1/2023 at 3:00 PM for Further Case Management Conference by Zoom webinar.

Joint Case Management Statement due: **11/24/2023.**