UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABARI SELLERS,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLEACHER REPORT, INC.,<br><br>        Defendants. | Case No.  23-cv-00368-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/1/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/8/2023

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/11/2024.

CLASS CERTIFICATION MOTIONS **SHALL** be filed by; 4/2/2024;
    Opp. Due: 6/20/2024; Reply Due: 7/18/2024;
    and set for hearing no later than 8/9/2024 at 10:00 AM.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 28, 2023

_____
SUSAN ILLSTON
United States District Judge