DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
AMY TU QUYEN LE (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant BLEACHER REPORT, INC.

SCOTT EDELSBERG (Bar No. 330090)
scott@edelsberglaw.com
EDELSBERG LAW, P.A.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

Attorneys for Plaintiff JABARI SELLERS

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JABARI SELLERS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLEACHER REPORT, INC.,<br><br>Defendant. | Case No. 3:23-cv-00368-SI<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. Susan Illston |

Plaintiff, Jabari Sellers, and Defendant, Bleacher Report, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action in its entirety without prejudice as to the claims of Plaintiff against Defendant and without prejudice to the claims of any absent class members. Plaintiff and Defendant further agree that each party is to bear their own fees and costs.

DATED: February 27, 2024            Respectfully submitted,

By: /s/ *Scott Edelsberg*

Scott Edelsberg (Bar No. 330090)
scott@edelsberglaw.com
Adam Schwartzbaum (admitted *pro hac vice*)
adam@edelsberglaw.com
EDELSBERG LAW, P.A.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

Edwin E. Elliott (*pro hac vice*)
edwine@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Ave., Suite 705
Miami, FL 33132

*Attorneys for Plaintiff*

DATED: February 27, 2024            By: /s/ *David Yohai*

David R. Singh (Bar No. 300840)
david.singh@weil.com
Amy Tu Quyen Le (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134 Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David Yohai (*pro hac vice*)
david.yohai@weil.com
Blake Steinberg (*pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Scott Edelsberg, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that David Yohai concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  February 27, 2024

*/s/ Scott Edelsberg*
Scott Edelsberg